FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2008 MAY 29  AM 8:47

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

JEFFREY ALLEN COLE,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　Case No. 2:08-cv-291-FtM-34DNF

JOHN DOE, State of Florida employee,

    Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE[1]

This matter comes before the Court upon periodic review of the file. Plaintiff, who is proceeding *pro se* and is incarcerated within the Florida penal system, initiated this action on April 7, 2008 by filing a Civil Rights Complaint Form with the Court. See "Complaint," Doc. #1. Plaintiff did not accompany the filing of his Complaint with the requisite filing fee or a request to proceed *in forma pauperis*. On April 24, 2008 the Court entered an Order directing Plaintiff to file an Affidavit of Indigence, which the Court provided with its Order, or pay the requisite filing fee no later than May 7, 2008. See April 24, 2008 Order of Court at ¶1, Doc. #3. Further, the Court notified Plaintiff that his failure to respond to the Order would result in the dismissal of this action without further notice. Id. at ¶2.

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

Because the original Complaint was completely devoid of any facts or allegations and Plaintiff did not identify a viable defendant, the Court issued a second Order that same day directing Plaintiff to file an amended complaint within twenty days of the date of that Order. See April 24, 2008 Order to Amend at p. 1, Doc. #4. The second Order also warned Plaintiff that if he failed to timely comply with the Order to Amend, this action would be dismissed without further notice.

The time for complying with both Orders has expired. Plaintiff has not filed a response to either Order, nor has he sought an extension of time in which to do so. The Orders were apparently delivered to Plaintiff because they have not been returned as undelivered. The Court finds that Plaintiff's failure to comply with the Court's April 24, 2008 Orders is grounds for dismissal of this action. Further, Local Rule 1.03(e) permits the Court to *sua sponte* dismiss any prisoner case "if the filing fee is not paid or if the application [to proceed *in forma pauperis*] is not filed within 30 days of the commencement of the action."

Therefore, it is now **ORDERED**:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of the Court** shall enter judgment dismissing this case without prejudice and shall close this case.

**DONE AND ORDERED** in Fort Myers, Florida, on this 28th day of May, 2008.

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: hmk
Copies: All Parties of Record